**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Walter Devon–Istashma YOUNG,**
**Defendant–Appellant.**

No. 06–21006
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

---

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Walter Devon–Istashma Young appeals his guilty-plea conviction and 135–month sentence for aiding and abetting bank robbery and use of a firearm during a crime of violence. Young contends that his sentence is unreasonable because this court's post-*Booker*[1] rulings have effectively reinstated the mandatory sentencing guideline regime condemned in *Booker*. This argument is foreclosed. *See Rita v. United States*, —— U.S. ——, 127 S.Ct. 2456, 2462, 168 L.Ed.2d 203 (2007).

Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

1. *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).